| | |
|---|---|
| BENJAMIN COOK and SARAH COOK, INDIVIDUALLY, and as Personal Representatives of the Estate of BROOKLYN COOK, a Deceased Minor, | ) ) ) ) Case No.: 1:26-cv-00315-SEB-TAB ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| JENNINGS COUNTY SCHOOL CORPORATION; SUPERINTENDENT NICOLE JOHNSON; PRINCIPAL LEONARD COLLETT; FORMER PRINCIPAL NICHOLAS HILL; PAMELA KELLEY; JUDY ALFORD; KELLI GAMBREL; MARY DRIVER; Z.H J.F.; L.T.; and P.C., | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## PLAINTIFFS' PRELIMINARY WITNESS AND EXHIBIT LIST

Plaintiffs Benjamin Cook and Sarah Cook, Individually and as Personal Representatives of

the Estate of Brooklyn Cook, a Deceased Minor,, by counsel and pursuant to the Case Management

Order, submits the following Preliminary Witness and Exhibit List:

## WITNESSES

### Family Members and Friends of Brooklyn Cook

1.  Sarah Cook
    c/o Gregory L. Laker
    CohenMalad, LLP
    One Indiana Square, Suite 1400
    Indianapolis, IN 46204

Sarah is the mother and personal representative of the Estate of Brooklyn Cook, and is expected
to testify as to damages, emotional distress, history of bullying complaints, communications with
school personnel, Brooklyn Cook's condition and behavior, and events preceding Brooklyn
Cook's death.
    .

1

2. Benjamin Cook
   c/o Gregory L. Laker
   CohenMalad, LLP
   One Indiana Square, Suite 1400
   Indianapolis, IN 46204

Benjamin is the father and personal representative of the Estate of Brooklyn Cook, and is expected to testify as to damages, emotional distress, history of bullying complaints, communications with school personnel, Brooklyn Cook's condition and behavior, and events preceding Brooklyn Cook's death.

3. J.C.
   c/o Gregory L. Laker
   CohenMalad, LLP
   One Indiana Square, Suite 1400
   Indianapolis, IN 46204

J.C. is the brother of Brooklyn Cook, and is expected to testify as to damages, emotional distress, history of bullying complaints, communications with school personnel, Brooklyn Cook's condition and behavior, and events preceding Brooklyn Cook's death.

4. Sandra Warner
   50 S County Road 110 W #110
   North Vernon, IN 47265

Sandra Warner is the great grandmother of Brooklyn Cook, and is expected to testify as to damages, emotional distress, history of bullying complaints, communications with school personnel, Brooklyn Cook's condition and behavior, and events preceding Brooklyn Cook's death.

5. Andrea Keener, grandmother of Brooklyn Cook
   1200 W Base Rd,
   North Vernon IN 47265

Andrea Keener is the great grandmother of Brooklyn Cook, and is expected to testify as to damages, emotional distress, history of bullying complaints, communications with school personnel, Brooklyn Cook's condition and behavior, and events preceding Brooklyn Cook's death.

6. Autumn Burkman
   2715 N County Road 275 E.
   North Vernon IN 47265

Autumn Burkman is a family friend and close personal relation to Brooklyn Cook and is expected to testify as to damages, emotional distress, history of bullying complaints, communications with school personnel, Brooklyn Cook's condition and behavior, and events preceding Brooklyn Cook's death.

7. Lexi Newkirk
2600 West County Road 200 North
North Vernon, IN 47265

Lexi Newkirk is an instructor at Shae Dances Studio and is expected to testify as to the physical condition, emotional well-being, demeanor, abilities, relationships, future aspirations of Brooklyn Cook.

8. Andrea Corya-York
460 N. Greensburg Street
North Vernon, IN 47265

Andrea Corya-York is an instructor at Shae Dances Studio and is expected to testify as to the physical condition, emotional well-being, demeanor, abilities, relationships, future aspirations of Brooklyn Cook.

9. Alivia Willis
5970 N. Blossom Drive
Scipio, IN 47273

Alivia Willis is the owner of Shae Dances Studio and is expected to testify as to the physical condition, emotional well-being, demeanor, abilities, relationships, future aspirations of Brooklyn Cook

10. Any yet to be determined friends or family members of Brooklyn Cook who had contact with her and/or knowledge of the bullying incidents.

**School Corporation Employees and Staff**

1. Defendant Nicole Johnson
c/o James E. Zoccola
Matthew S. Tarkington
Michelle Lynn Cooper
LEWIS & KAPPES PC
One American Square, Suite 2500
Indianapolis, IN 46282

Nicole Johnson is the Superintendent of Jennings County School Corporation and may testify as to supervision, policies and procedures, prior reports or complaints, disciplinary actions, student interactions, mandatory reporting obligations, training, investigations, and knowledge of bullying and harassment.

2. Defendant, Leonard Collett
c/o James E. Zoccola
Matthew S. Tarkington
Michelle Lynn Cooper

LEWIS & KAPPES PC
One American Square, Suite 2500
Indianapolis, IN 46282

Leonard Collett is a Principal at North Vernon Elementary School, Jennings County School Corporation and may testify as to supervision, policies and procedures, prior reports or complaints, disciplinary actions, student interactions, mandatory reporting obligations, training, investigations, and knowledge of bullying and harassment.

3. Defendant, Nicholas Hill
   c/o James E. Zoccola
   Matthew S. Tarkington
   Michelle Lynn Cooper
   LEWIS & KAPPES PC
   One American Square, Suite 2500
   Indianapolis, IN 46282

Nicholas Hill is a former Principal at North Vernon Elementary School, Jennings County School Corporation and may testify as to supervision, policies and procedures, prior reports or complaints, disciplinary actions, student interactions, mandatory reporting obligations, training, investigations, and knowledge of bullying and harassment.

4. Defendant, Judy Alford
   c/o James E. Zoccola
   Matthew S. Tarkington
   Michelle Lynn Cooper
   LEWIS & KAPPES PC
   One American Square, Suite 2500
   Indianapolis, IN 46282

Judy Alford is an employee of North Vernon Elementary School, Jennings County School Corporation and may testify as to supervision, policies and procedures, prior reports or complaints, disciplinary actions, student interactions, mandatory reporting obligations, training, investigations, and knowledge of bullying and harassment.

5. Defendant, Kelli Gambrel
   c/o James E. Zoccola
   Matthew S. Tarkington
   Michelle Lynn Cooper
   LEWIS & KAPPES PC
   One American Square, Suite 2500
   Indianapolis, IN 46282

Kelli Gambrel is an employee of North Vernon Elementary School, Jennings County School Corporation and may testify as to supervision, policies and procedures, prior reports or complaints,

disciplinary actions, student interactions, mandatory reporting obligations, training, investigations, and knowledge of bullying and harassment.

6. Defendant, Mary Driver
   c/o James E. Zoccola
   Matthew S. Tarkington
   Michelle Lynn Cooper
   LEWIS & KAPPES PC
   One American Square, Suite 2500
   Indianapolis, IN 46282

Mary Driver is an employee of North Vernon Elementary School, Jennings County School Corporation and may testify as to supervision, policies and procedures, prior reports or complaints, disciplinary actions, student interactions, mandatory reporting obligations, training, investigations, and knowledge of bullying and harassment.

7. Defendant, Pamela Kelley
   c/o Jonathan W. Slagh , II
   HUNT SUEDHOFF KALAMAROS LLP
   P.O. Box 4156
   205 W. Jefferson Blvd., Ste. 300
   South Bend, IN 46634-4156

Pamela Kelley is an employee of North Vernon Elementary School, Jennings County School Corporation and may testify as to supervision, policies and procedures, prior reports or complaints, disciplinary actions, student interactions, mandatory reporting obligations, training, investigations, and knowledge of bullying and harassment.

8. Matt Miller
   c/o James E. Zoccola
   Matthew S. Tarkington
   Michelle Lynn Cooper
   LEWIS & KAPPES PC
   One American Square, Suite 2500
   Indianapolis, IN 46282

Mr. Miller is an School Resource Officer for Jennings County School Corporation and may testify as the investigation relating to Brooklyn Cook

9. Andrea Corya-York;
   460 N. Greensburg Street
   North Vernon, IN 47265

Andrea Corya-York was a para-professional for North Vernon Elementary School, Jennings County School Corporation and may testify as to supervision, policies and procedures, prior

reports or complaints, disciplinary actions, student interactions, mandatory reporting obligations, training, investigations, and knowledge of bullying and harassment.

10. Julie Green
1580 S County Road 700 W
North Vernon IN 47265

Julia Green was a teacher for the Jennings County School Corporation and may testify as to supervision, policies and procedures, prior reports or complaints, disciplinary actions, student interactions, mandatory reporting obligations, training, investigations, and knowledge of bullying and harassment.

11. Any yet to be determined Administrators, teachers, counselors, coaches, aides, and staff employed by Jennings County School Corporation who had contact with Brooklyn Cook and/or knowledge of bullying incidents. This includes, but is not limited to:

**Minor Student Defendants and Other Students**

1. Defendant Z.H.
295 N State Highway 3
North Vernon, IN 47265

Tiffany Hornback, Parent or natural guardian of Z.H.
295 N State Highway 3
North Vernon, IN 47265

Luther Eugene Hornback, Parent or natural guardian of Z.H.
10585 W Mount Healthy Rd.
Columbus, IN 47201

Z.H. was a student at North Vernon Elementary School, Jennings County School Corporation and may testify to the bullying conduct, communications, social media activity, school interactions, threats, harassment, witness observations, social media postings, prior complaints, school climate, and events leading to Brooklyn Cook's death.

2. Defendant J.F.
c/o Max E. Fiester, Esq.
Terrell, Born, Sullivan & Fiester, LLP
700 S. Green River Rd., Ste. 2000
Evansville, Indiana 47715

Matthew Foist, Parent or natural guardian of J.F.
c/o Max E. Fiester, Esq.
Terrell, Born, Sullivan & Fiester, LLP
700 S. Green River Rd., Ste. 2000
Evansville, Indiana 47715

Elia Foist, Parent or natural guardian of J.F.
c/o Max E. Fiester, Esq.
Terrell, Born, Sullivan & Fiester, LLP
700 S. Green River Rd., Ste. 2000
Evansville, Indiana 47715

J.F. was a student at North Vernon Elementary School, Jennings County School Corporation and may testify to the bullying conduct, communications, social media activity, school interactions, threats, harassment, witness observations, social media postings, prior complaints, school climate, and events leading to Brooklyn Cook's death.

3. Defendant L.T.
224 Vintage Trace
North Vernon, IN 47265

April Turner, Parent or natural guardian of L.T.
224 Vintage Trace
North Vernon, IN 47265

Leon Turner, Parent or natural guardian of L.T.
3883 W Co Rd 450 S.
Versailles, IN 47042

L.T. was a student at North Vernon Elementary School, Jennings County School Corporation and may testify to the bullying conduct, communications, social media activity, school interactions, threats, harassment, witness observations, social media postings, prior complaints, school climate, and events leading to Brooklyn Cook's death.

4. Defendant P.C.
c/o Dane A. Mize
SKILES DeTRUDE
150 East Market Street, Suite 200
Indianapolis, IN 46204

Mary Hollinger, Parent or natural guardian of P.C.
c/o Dane A. Mize
SKILES DeTRUDE
150 East Market Street, Suite 200
Indianapolis, IN 46204

P.C.. was a student at North Vernon Elementary School, Jennings County School Corporation and may testify to the bullying conduct, communications, social media activity, school interactions, threats, harassment, witness observations, social media postings, prior complaints, school climate, and events leading to Brooklyn Cook's death.

5. A.B.
   4145 W. Brownstown Road
   North Vernon, IN  47265

   Lori Baker, Parent or natural guardian of A.B.
   4145 W. Brownstown Road
   North Vernon, IN  47265

A.B. was a student at North Vernon Elementary School, Jennings County School Corporation and may testify to the bullying conduct, communications, social media activity, school interactions, threats, harassment, witness observations, social media postings, prior complaints, school climate, and events leading to Brooklyn Cook's death.

6. L.C.
   3060 N State Highway 7,
   North Vernon, IN 47265

   Pete Crater, Parent or natural guardian of L.C.
   3060 N State Highway 7,
   North Vernon, IN 47265

   Andi Crater, Parent or natural guardian of L.C.
   3060 N State Highway 7,
   North Vernon, IN 47265

L.C. was a student at North Vernon Elementary School, Jennings County School Corporation and may testify to the bullying conduct, communications, social media activity, school interactions, threats, harassment, witness observations, social media postings, prior complaints, school climate, and events leading to Brooklyn Cook's death.

7. C.H.
   231 High St
   North Vernon, IN 47265

   Gleeda Hadley, Parent or natural guardian of C.H.
   231 High Street
   North Vernon, IN 47265

C.H. was a student at North Vernon Elementary School, Jennings County School Corporation and may testify to the bullying conduct, communications, social media activity, school interactions, threats, harassment, witness observations, social media postings, prior complaints, school climate, and events leading to Brooklyn Cook's death.

8. M.M.
   3999 Eingsworth Way
   North Vernon, IN 47265

Christina Miller, Parent or natural guardian of M.M.
3999 Eingsworth Way
North Vernon, IN 47265

M.M. was a student at North Vernon Elementary School, Jennings County School Corporation and may testify to the bullying conduct, communications, social media activity, school interactions, threats, harassment, witness observations, social media postings, prior complaints, school climate, and events leading to Brooklyn Cook's death.

9. Any yet to be determined students and/or classmates who may have knowledge of to the bullying conduct, communications, social media activity, school interactions, threats, harassment, witness observations, social media postings, prior complaints, school climate, and events leading to Brooklyn Cook's death.

**Medical and Mental Health Providers**

1. Dr. Stephanie Burgess
   Seymour Pediatrics
   1171 W. Tipton Street
   Seymour, IN  47274

Dr. Burgess was Brooklyn Cook's pediatrician and may testify to her physical and mental health, treatment history, emotional distress, causation, damages, and condition preceding death.

2. Any coroner, medical professional or person who examined the body of Brooklyn Cook.

3. Any yet to be determined treating physicians and historical medical providers for Brooklyn Cook, including but not limited to Medical providers, counselors, therapists, psychologists, psychiatrists, and other healthcare providers who treated or evaluated Brooklyn Cook.

**Law Enforcement and Investigative Personnel**

1. Deputy Garrett Hoppock
   North Vernon Police Department
   101 N. Madison Avenue
   North Vernon, IN  47265

Deputy Hoppock was the lead investigator for Brooklyn Cook's death and may testify Investigation findings, witness interviews, physical evidence, electronic evidence, cause and manner of death, and related matters.

2. Any yet to be determined Law enforcement officers, investigators, coroners, and emergency responders involved in any investigation relating to Brooklyn Cook's death.

**<u>Additional Witnesses</u>**

1. Any person necessary to support any of Plaintiff's claims.

2. Any person identified on any Preliminary or Final Witness List of any other party, including prior versions of the same filed at any time in this case.

3. Any person identified in discovery responses or in documents produced by any party or non-party.

4. Any witness necessary for impeachment or rebuttal.

5. Any witness or record custodian necessary to lay a foundation for admission of any document or record, including but not limited to medical records, medical bills, audio recordings, business records, video recordings, and photographs.

6. Expert witnesses as necessary to support any of Plaintiffs' claimed damages, injuries, other damages and losses in this case.

7. Any person identified in depositions taken and to be taken in this case and in deposition exhibits.

8. Any other person who may come to the attention of the Plaintiffs subsequent to the filing of this preliminary witness list and prior to the trial herein.

Plaintiff reserves the right to supplement and/or amend this preliminary witness list as discovery, investigation and research continue and because discovery is not yet closed.

**<u>EXHIBITS</u>**

1. Any and all School records relating to Brooklyn Cook, including but not limited to:
   - Attendance records;
   - Discipline records;
   - Counseling records;
   - Incident reports;
   - Bullying complaints;
   - Emails and internal communications;

- Student handbooks and policies;
- Training materials;
- Investigation records.

2. Any and all Electronic communications and social media evidence gathered from any of the witnesses identified herein, including but not limited to:
- Text messages;
- Social media posts;
- Direct messages;
- Emails;
- Photos and videos;
- Electronic communications among students and school staff.

3. Any and all medical, counseling, psychological, psychiatric, and treatment records relating to Brooklyn Cook.

4. Any and all coroner, autopsy, toxicology, EMS, and law enforcement investigative records.

5. Any and all audio and video recordings, including but not limited to:

- School surveillance footage;
- Cell phone recordings;
- Body camera footage;
- Security footage;
- Electronic recordings maintained by Defendants.

6. Any and all photographs depicting Brooklyn Cook.

7. Any and all employment files, disciplinary histories, training records, policies, and personnel records of Defendant employees to the extent discoverable.

8. Any and all damage related documents, including but not limited to:

- Funeral and burial records
- Funeral and Burial expenses;
- Estate records;
- Medical bills;
- Autopsy;
- Death Certificate;
- Counseling expenses;
- Evidence of loss of love, care, companionship, and services.

9. Any and all documents produced by Defendants during discovery.

10. Any additional documents identified through ongoing investigation and discovery

Plaintiff reserves the right to supplement and/or amend this preliminary exhibit list as discovery, investigation and research continue and because discovery is not yet closed.

Date:  June 1, 2026

Respectfully submitted,

**COHENMALAD, LLP**

*/s/ Gregory Laker*
Gregory L. Laker, Attorney #10322-49
Andrea R. Simmons, Attorney #11622-49
Gabriel A. Hawkins, Attorney #23449-53
Molly K. McMath, Attorney  #38954-49
One Indiana Square, Ste. 1400
Indianapolis, IN 46204
Ph: (317) 636-6481 Fax: (317) 636-2593
glaker@cohenmalad.com
asimmons@cohenmalad.com
ghawkins@cohenmalad.com
mmcmath@cohenmalad.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st  day of June, 2026, a copy of the foregoing was served electronically on the following:

James E. Zoccola
Matthew S. Tarkington
Michelle Lynn Cooper
LEWIS & KAPPES PC
One American Square, Suite 2500
Indianapolis, IN 46282
jzoccola@lewis-kappes.com
mtarkington@lewis-kappes.com
mcooper@lewis-kappes.com

*Attorneys for Jennings County School Corporation Defendants*

Dane A. Mize
SKILES DeTRUDE
150 East Market Street, Suite 200
Indianapolis, IN 46204
dmize@skilesdetrude.com

*Attorney for P.C.*

Jonathan W. Slagh , II
HUNT SUEDHOFF KALAMAROS LLP
P.O. Box 4156
205 W. Jefferson Blvd.,
Ste. 300
South Bend, IN 46634-4156
jslagh@hsk-law.com

*Attorney for Pamela Kelley*

Max E. Fiester, Esq.
Terrell, Born, Sullivan & Fiester, LLP
700 S. Green River Rd., Ste. 2000
Evansville, Indiana  47715
mfiester@tbsf.net

*Attorney for J. F.*

*/s/ Gregory Laker*
Gregory L. Laker